**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

In the Matter of the Care and Treatment of Ronald MJ Gregg, Respondent.

Appellate Case No. 2022-001710

Appeal from Charleston County
Deadra L. Jefferson, Circuit Court Judge

Memorandum Opinion No. 2024-MO-014
Heard May 22, 2024 – Filed June 5, 2024

**DISMISSED AS IMPROVIDENTLY GRANTED**

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Petitioner.

Appellate Defender David Alexander, of Columbia, for Respondent.

**PER CURIAM** We granted a writ of certiorari to review the court of appeals' decision in *In re Care & Treatment of Gregg*, Op. No. 2022-UP-336 (S.C. Ct. App. filed Aug. 10, 2022). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES and HILL, JJ., concur.**